Avi Burkwitz, Esq., Bar No.: 217225
ABurkwitz@pbbllp.com
Diana Ratcliff, Esq., Bar No.: 228302
DRatcliff@pbbllp.com
Natalie U. Luongo, Esq., Bar No.: 285288
NLuongo@pbbllp.com
Gil Burkwitz, Esq., Bar No.: 289337
GBurkwitz@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants
County of Los Angeles; Sevana Naaman; Tammy Moots; Alberto Miro; Payam Kade; Grace Espana;Yervand Grigoryan; Sarah Wong; Carmen Rochelle; Karla Hosch; Arena Cole; and Claudia Duarte

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE WEISMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; SEVANA NAAMAN, individual and official capacity; TAMMY MOOTS, individual and official capacity; ALBERTO MIRO, individual and official capacity; PAYAM KADE, individual and official capacity; GRACE ESPANA, individual and official capacity; YERVAND GRIGORYAN, individual and official capacity; SARAH WONG, individual and official capacity; CARMEN ROCHELLE, individual and official capacity; KARLA HOSCH, individual and official capacity; ARENA COLE, individual and official capacity; JAVIER OLIVA, individual and official capacity; ELIZABETH CANUP, individual and official capacity; DAVID GRIFFIN, individual and official capacity; CLAUDIA DUARTE, individual and official capacity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  CV12-10207-SJO(CWx)<br>Assigned to the Honorable: S. James Otero- Courtroom: 1<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed:  November 29, 2012<br>First Amended Complaint Filed: January 17, 2012<br>Second Amended Complaint Filed: July 15, 2013 |

1

**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**
**CV12-10207-SJO(CWx)**

Based upon the Stipulation of the parties, the Court hereby orders that Plaintiff LYLE WEISMAN'S case be dismissed with prejudice as to all Defendants, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

*S. James Otero* (signature)

DATED: January 30, 2015          _____

The Hon. S. James Otero

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On January ___, 2015, I served the foregoing document described as:
**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**
on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January ___, 2015, at Burbank, California.

Marcela Robles

# SERVICE LIST

**RE:** <u>**Weisman, Lyle v. County Of Los Angeles**</u>

**Case No.:** CV12-10207-SJO(Wx)

Shawn A. McMillan, Esq.
Sam Park, Esq.
The Law Offices of Shawn A. McMillan, A.P.C.
4955 Via Lapiz
San Diego, CA 92122-3910
T: (858) 646-0069
F: ( 206) 600-4582
Sampark.mcmillanlaw@gmail.com
attyshawn@netscape.net
**Attorneys for Plaintiff**

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

4

**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**
**CV12-10207-SJO(CWx)**

c:\users\vcruz\appdata\local\temp\notesc7a056\p-[proposed] order re dismissal.docx